UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOE HAND PROMOTIONS,       )
      Plaintiff        )
                     )
             v.      )   C.A. No. 10-cv-30211-MAP
                     )
THOMAS J. SOREL and     )
252 LOUNGE, INC.,       )
      Defendants      )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFF'S MOTION FOR ENTRY OF
DEFAULT JUDGEMENT AND
DEFENDANT SOREL'S MOTION TO SET ASIDE DEFAULT
(Dkt. Nos. 12, 24 & 26)

February 10, 2012

PONSOR, U.S.D.J.

    This case was referred to Magistrate Judge Kenneth P. Neiman for a report and recommendation regarding Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 12) and Defendant Sorel's Motion to Set Aside Default (Dkt. No. 24).

    On January 4, 2012, Judge Neiman issued his Report and Recommendation, to the effect that Plaintiff's motion should be allowed in the amount of $9,672.19, and Defendant's motion should be denied. The conclusion of the Report and Recommendation admonished the parties at n.4 that objections to the Report and Recommendation must be filed within fourteen days. Despite this warning, no objection was filed by any party.

Having reviewed the substance of the Report and Recommendation and finding it meritorious, and noting that there is no objection, the court, upon _de novo_ review, hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 26).

Based upon this, the court hereby ALLOWS Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 12). The clerk is ordered to enter a judgment for Plaintiff in the amount of $9,672.19. Defendant Sorel's Motion to Set Aside (Dkt. No. 24) is hereby DENIED. This case may now be closed.

It is So Ordered.

MICHAEL A. PONSOR
U. S. District Judge

2